NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    Email: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CITIBANK, N.A., not in it is individual capacity, but solely as TRUSTEE OF NRZ PASS-THROUGH TRUST VI<br><br>Plaintiff<br><br>v.<br><br>WILLIAM E. MOCKENHAUPT, *et al.*<br><br>Defendants | Case No.: 2:17-cv-7442 JFW(KSx)<br><br>ORDER DISMISSING THE UNITED STATES OF AMERICA AND REMANDING THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES. |

1 | Based on the stipulation of Citibank, N.A., not in it is individual
2 | capacity, but solely as Trustee of NRZ Pass-Through Trust VI, Plaintiff, and
3 | the United States, Defendant, it is ordered that:

1. The United States of America is dismissed as a party in this action.

2. The case is remanded to the Superior Court of the State of California for the County of Los Angeles. The case number of the proceeding in state court is BC661149.

IT IS SO ORDERED.

Dated: May 17, 2018

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1